AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

United States of America
v.

YULIAL CUELLO-REYNOSO a/k/a "Sonny"; YORDANIA ABEL RIVERA a/k/a "Mommy"; JORGE VIZCAINO Vizcaino a/k/a Yeison VIZCAINO VIZCAINO a/k/a "Jason" a/k/a "Libreta"; RAFAEL CONCEPCION a/k/a "Menor"; ALINSON JOEL ORTIZ ARIAS; AXEL BREA BAEZ; DENLY SOTO-TEJEDA a/k/a "Gordo"; YEIRON VIZCAINO VIZCAINO a/k/a "Boli"; ALBERTO GONZALEZ; LUIS GUERRERO; MARIELA CUELLO REYNOSO; ELISBANIA TEJEDA-SOTO a/k/a "Lisbania"; RUBERT ADRIAN JIMENEZ a/k/a "Soga"; YEIKEL PEREZ-TEJEDA; ADRIAN SUNCAR-GONZALEZ; ; JOHANGEL MEJIA HERNANDEZ; ; FRANCISCO TAVAREZ CONTRERAS; SANTO FRANCO-SANCHEZ; CARLOS ABEL RIVERA; ANTHONY CUOCO

*Defendant(s)*

Case No.  24-1592-DLC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 2022-November 2024  in the county of  Suffolk  in the  _____  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute and to Distribute Fentanyl and Cocaine |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Task Force Officer Brian Connerney.

☑ Continued on the attached sheet.

*Complainant's signature*

Brian Connerney, DEA Task Force Officer
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 11/06/2024

*Judge's signature*

City and state: Boston, Massachusetts    Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*