**Exhibit A**
**Undercover Purchases from the Cuello-Reynoso Drug Trafficking Organization**

| Date | Drug Quantity | Coordinator | Distributor |
|---|---|---|---|
| 3/29/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | Jorge Vizcaino Vizcaino |
| 4/1/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | ▇ |
| 4/8/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | ▇ |
| 4/14/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | Jorge Vizcaino Vizcaino |
| 4/22/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | ▇ |
| 4/26/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | ▇ |
| 5/4/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | Santo Franco-Sanchez |
| 5/10/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | FNU LNU |
| 5/25/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | Jorge Vizcaino Vizcaino |
| 6/21/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | Hancy Soto Batista |
| 7/6/2022 | 6 grams of fentanyl | Yulial Cuello-Reynoso | Hancy Soto Batista |
| 7/21/2022 | 10 grams of fentanyl | Yulial Cuello-Reynoso | FNU LNU |
| 8/11/2022 | 5 grams of fentanyl | Yulial Cuello-Reynoso | FNU LNU |
| 8/19/2022 | 11 grams of fentanyl | Yulial Cuello-Reynoso | Yeikel Perez-Tejeda |
| 9/22/2022 | 12.5 grams of fentanyl | Yulial Cuello-Reynoso | Yeikel Perez-Tejeda |
| 10/13/2022 | 10 grams of fentanyl | Yulial Cuello-Reynoso | FNU LNU |
| 10/28/2022 | 10 grams of fentanyl | Yordania Abel Rivera | ▇ |
| 11/9/2022 | 10 grams of fentanyl | Yordania Abel Rivera | ▇ |
| 12/9/2022 | 10 grams of fentanyl | Yordania Abel Rivera | Yeikel Perez-Tejeda |
| 2/1/2023 | 12.5 grams of fentanyl | Yulial Cuello-Reynoso | ▇ |
| 2/16/2023 | 10 grams of fentanyl | Unknown | FNU LNU |
| 3/16/2023 | 10 grams of fentanyl | ▇ | Yeikel Perez-Tejeda |
| 3/31/2023 | 10 grams of fentanyl | ▇ | Adrian Suncar-Gonzalez |
| 4/21/2023 | 10 grams of fentanyl | ▇ | ▇ |
| 5/5/2023 | 10 grams of fentanyl | ▇ | Rubert Adrian Jimenez |
| 5/24/2023 | 20 grams of fentanyl | ▇ | Yeikel Perez-Tejeda |
| 4/23/2024 | 12.5 grams of fentanyl | Yulial Cuello-Reynoso | Jorge Vizcaino Vizcaino Elisbania Tejeda-Soto |
| 5/22/2024 | 20 grams of fentanyl | Yulial Cuello-Reynoso | Carlos Abel Rivera |
| 10/30/2024 | 10 grams of fentanyl | Yulial Cuello-Reynoso | Fransisco Tavarez Contreras |