**Exhibit B**
**Wiretap Authorizations Granted in M.B.D. No. 23-91168-AK**

| Telephone Number | User | Wire or Electronic | Date of Authorization |
|---|---|---|---|
| (857) 465-0296 (Target Telephone #1) | Yulial Cuello-Reynoso | Wire & Electronic | March 6, 2023 |
| | | | April 27, 2023 |
| (857) 675-0584 (Target Telephone #2) | Yulial Cuello-Reynoso | Wire & Electronic | June 27, 2023 |
| (505) 417-5450 (Target Telephone #3) | Yulial Cuello-Reynoso | Wire & Electronic | August 1, 2023 |
| (351) 230-8403 (Target Telephone #4) | Yulial Cuello-Reynoso | Wire & Electronic | October 13, 2023 |
| (207) 907-5895 (Target Telephone #5) | Jorge Vizcaino Vizcaino | Wire & Electronic | October 25, 2023 |
| (857) 693-3635 (Target Telephone #6) | Jorge Vizcaino Vizcaino | Wire & Electronic | October 25, 2023 |
| (857) 395-2441 (857) 506-1264 (Target Telephone #7) | Jorge Vizcaino Vizcaino | Wire & Electronic | November 9, 2023 |
| (937) 243-5997 (Target Telephone #8) | Jorge Vizcaino Vizcaino | Wire & Electronic | December 7, 2023 |
| (617) 934-9912 (978) 902-4504 (Target Telephone #9) | Jorge Vizcaino Vizcaino | Wire & Electronic | May 1, 2024 |
| (978) 902-4504 (603) 995-0283 (904) 514-9317 (Target Telephone #9) | | | May 30, 2024 |
| (920) 853-8060 (Target Telephone #10) | Mariela Cuello Reynoso | Wire & Electronic | May 30, 2024 |
| (617) 690-9031 (Target Telephone #11) | Mariela Cuello Reynoso | Wire | May 30, 2024 |