Exhibit C
**Selected Drug Seizures from the Cuello-Reynoso Drug Trafficking Organization**

| Date | Drug Quantity | Targets Directly Implicated | Location |
|---|---|---|---|
| 8/4/2022 | 32.6 grams of fentanyl<br>13.4 grams of cocaine | ▓▓▓▓▓▓▓▓ | Quincy |
| 10/7/2022 | 28.5 grams of fentanyl<br>12.4 grams of cocaine | Alberto Gonzalez | Dorchester |
| 11/22/2022 | 29.7 grams of fentanyl<br>3.3 grams of cocaine | ▓▓▓▓▓▓▓▓ | Roxbury |
| 1/30/2023 | 48 grams of fentanyl and cocaine | Francisco Tavarez Contreras | Norwood |
| 2/13/2023 | 7 grams of fentanyl<br>3.8 grams of cocaine | Alberto Gonzalez | Norwood |
| 3/7/2023 | 30.5 grams of fentanyl<br>9.9 grams of cocaine | Alinson Ortiz Arias<br>▓▓▓▓▓▓▓▓ | Dorchester |
| 3/23/2023 | 5 grams of fentanyl | Adrian Suncar-Gonzalez<br>▓▓▓▓▓▓▓▓<br>Yulial Cuello-Reynoso | Dorchester |
| 6/21/2023 | 7.6 grams of fentanyl<br>4.3 grams of cocaine | ▓▓▓▓▓▓▓▓ | Dedham |
| 6/21/2023 | 9.1 grams of fentanyl<br>18.6 grams of cocaine | Johangel Mejia Hernandez | Dorchester |
| 7/10/2023 | 35.7 grams of fentanyl<br>19.1 grams of cocaine | Axel Brea Baez<br>▓▓▓▓▓▓▓▓ | Dorchester |
| 7/24/2023 | 7.7 grams of fentanyl<br>11.5 grams of cocaine | Yeikel Perez-Tejeda<br>▓▓▓▓▓▓▓▓<br>Yulial Cuello-Reynoso | Barnstable |
| 8/11/2023 | 48 grams of fentanyl<br>33 grams of cocaine | Alinson Ortiz Arias | Dedham |
| 8/25/2023 | Unknown quantity of cocaine | Yulial Cuello-Reynoso | Dorchester |
| 10/15/2023 | 25.4 grams of fentanyl<br>22.2 grams of cocaine | ▓▓▓▓▓▓▓▓ | Dedham |
| 10/26/2023 | 79 grams of fentanyl<br>39 grams of cocaine | ▓▓▓▓▓▓▓▓ | Quincy |
| 11/27/2023 | 1.4 kilograms of fentanyl | Jorge Vizcaino Vizcaino<br>Yulial Cuello-Reynoso | North Attleboro |
| 12/8/2023 | 53.2 grams of fentanyl<br>22 grams of cocaine | Yeiron Vizcaino Vizcaino | Dedham |

| Date | Drug Quantity | Targets Directly Implicated | Location |
|---|---|---|---|
| 1/11/2024 | 56.4 grams of fentanyl<br>26.3 grams of cocaine | Axel Brea Baez | Walpole |
| 1/13/2024 | 39 grams of fentanyl<br>22 grams of cocaine | Luis Guerrero | Dedham |
| 2/20/2024 | 28 grams of fentanyl<br>28.4 grams of cocaine | Denly Soto-Tejeda | Norwood |
| 3/7/2024 | 40.2 grams of fentanyl<br>26 grams of cocaine | Johangel Mejia Hernandez | Norwood |
| 10/30/2024 | 98.1 grams of fentanyl<br>21.8 grams of cocaine | Francisco Tavarez Contreras<br>Yulial Cuello-Reynoso | Dorchester |